IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLARENCE ANDERSON                                              PLAINTIFF

v.                          No. 3:22-cv-162-DPM

PATRICIA MARSHALL, Administration,
Poinsett County Detention Center;
RON HUNTER, Judge, Poinsett County;
REGINA HINDMAN, Correctional Officer,
Poinsett County Detention Center;
and CAGEL, Police Sgt., Truman
Police Department                                              DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Anderson hasn't filed an amended complaint; and the time to do so has passed. *Doc. 4*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 September 2022