IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLARENCE ANDERSON                                            PLAINTIFF

v.                       No. 3:22-cv-162-DPM

PATRICIA MARSHALL, Administration,
Poinsett County Detention Center;
RON HUNTER, Judge, Poinsett County;
REGINA HINDMAN, Correctional Officer,
Poinsett County Detention Center;
and CAGEL, Police Sgt., Truman
Police Department                                            DEFENDANTS

## JUDGMENT

Anderson's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 September 2022